**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                    **CASE NO. 4:04CR000141-02 JMM**

**GREG ROSS GUZZO**

**AMENDED JUDGMENT**

Pending before the Court is defendant's unopposed  Motion for Early Termination From Supervised Release.  For good cause shown, the motion is granted (#846).  The September 2, 2005 Judgment in this case is amended to reflect that the defendant Greg Ross Guzzo's supervised release is terminated as of the date of this Amended Judgment.

The Clerk of the Court is directed to provide the United States Marshal and the United States Probation Office with a copy of this Amended Judgment.

IT IS SO ORDERED THIS 9th day of  December, 2009.

_____
James M. Moody
United States District Judge